# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan M. Peterson, | Case No.   2:09-cv-1746-ROS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| TruStone Financial, p.k.a. Teachers Federal Credit Union; and Equifax Information Services, LLC, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (doc. 24) filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED that this case shall be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.  The clerk shall terminate this case.

Dated this 17th day of December, 2009.

_____
Roslyn O. Silver
United States District Judge